# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEREMIAH ROYSTER,

    Petitioner,                    JUDGMENT IN A CIVIL CASE

vs.                                      CASE NO. 5:09CV34-3-MU

KEITH WHITENER, SUPERINTENDENT,
ALEXANDER CORRECTIONAL INSTITUTION, ,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 7, 2009, Order.

                                            Signed: April 7, 2009

_____
Frank G. Johns, Clerk
United States District Court